RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 South Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451
Sean_McClelland@fd.org

Attorney for CARLOS RECINOS-VALDEZ

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>Defendant. | Case No. 3:25-cr-00043-MMD-CLB<br><br>**MOTION TO CONTINUE** |

Mr. Recinos-Valdez moved to continue his other case because the United States Attorney's Office is being unlawfully supervised. Mot. Continue, *United States v. Recinos-Valdez*, No. 3:25-cr-10-MMD-CLB-1, ECF No. 79 (D. Nev. Jan. 15, 2026). The Court granted that motion. *Id.*, ECF No. 83.

Mr. Recinos-Valdez now moves to continue this case on the same grounds. In so doing, he incorporates by reference all the arguments made in his other case. For the same reasons this Court granted that motion, it should grant this one.

Dated: February 25, 2026.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Sean A. McClelland*
SEAN A. MCCLELLAND
Assistant Federal Public Defender

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00043-MMD-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| CARLOS RECINOS-VALDEZ, | |
| Defendant. | |

Based on the defendant's motion to continue, good cause appearing, and the best interest of justice being served,

IT IS THEREFORE ORDERED that the parties herein shall have to and including _____ to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including _____ to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including _____ to file any and all replies.

IT IS FURTHER ORDERED that the calendar call currently scheduled for January 20, 2026, at 9:00 a.m., be vacated and continued to _____ **at 9:00 a.m**.; and the trial currently scheduled for February 10, 2026, at 9:00 a.m., be vacated and continued to _____ **at 9:00 a.m.**

DATED this _____ of February, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2