TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
ANDREW KEENAN
Assistant United States Attorney
United States Attorney's Office
400 South Virginia, Suite 900
Reno, Nevada 89501
775-784-5438
Andrew.Keenan@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>      Defendant. | Case No. 3:25-cr-00043-MMD-CLB<br><br>**Motion to Dismiss the Indictment Without Prejudice** |

The Indictment in this case charges the defendant, Carlos Recinos-Valdez, with violating 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8)—Prohibited Person in Possession of a Firearm. ECF No. 1. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice.

Respectfully submitted this 14th day of May, 2026.

TODD BLANCHE
Acting Attorney General

*/s/ Andrew Keenan*
ANDREW KEENAN
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARLOS RECINOS-VALDEZ,

Defendant.

Case No. 3:25-cr-00043-MMD-CLB

**[Proposed] Order Granting
Motion to Dismiss the Indictment
Without Prejudice**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant, Carlos Recinos-Valdez, without prejudice.

TODD BLANCHE
Acting Attorney General

 /s/ Andrew Keenan
ANDREW KEENAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this _____ day of May, 2026.

HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE